**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>NICHOLAS RAPIER,<br><br>Defendant - Appellant. | No. 08-10573<br><br>D.C. No. 2:06-cr-00476-MCE<br><br>MEMORANDUM [*] |

Appeal from the United States District Court
for the Eastern District of California
Morrison C. England, District Judge, Presiding

Submitted December 15, 2009[**]

Before:     GOODWIN, WALLACE, and FISHER, Circuit Judges.

Nicholas Rapier appeals from the 188-month sentence imposed following

his guilty-plea conviction for distribution of at least 5 grams of cocaine base, in

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

AK/Research

violation of 21 U.S.C. § 841(a)(1).  We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Rapier contends that the district court erred at sentencing by ignoring mitigating factors that it was required to consider under 18 U.S.C. § 3553(a), and that the sentence imposed is unreasonable.  We are precluded from reaching the merits of this claim by the valid appeal waiver.  *See United States v. Bibler*, 495 F.3d 621, 624 (9th Cir. 2007).

**AFFIRMED.**